William Duffus, Respondent, v. Christoph Schwinger and others, Appellants. — *Order refusing a*

FOURTH DEPARTMENT, FEBRUARY TERM, 1893.

new trial on the ground of surprise reversed and a new trial ordered, and judgment and order on minutes vacated upon payment of the costs of the trial by the defendants within twenty days; if such costs are paid, neither party to have costs of the appeal. In case the costs are not so paid, the orders and judgment are affirmed, with costs of appeal from judgment